UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER BALDERREE,<br><br>                Plaintiff,<br><br>      v.<br><br>MICHAEL ASTRUE, Commissioner of Social Security,<br><br>                Defendant. | CASE NO. C09-5491 JRC<br><br>ORDER FOR EXTENSION OF TIME |

BASED upon the stipulation between the parties, it is hereby ORDERED that the briefing schedule shall be extended as follows:

Plaintiff shall have up to and including November 25, 2009, to file Plaintiff's opening brief. Defendant shall have up to and including December 23, 2009 to file Defendant's response. Plaintiff shall have up to and including January 6, 2010 to file Plaintiff's reply; and oral argument shall be requested by January 13, 2010.

DATED this 20th day of November, 2009.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER - 1