UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| CHRISTOPHER BALDERREE, | Civil No. 3:09-CV-5491-JRC |
|---|---|
| Plaintiff, | |
| vs. | ORDER FOR EXTENSION OF TIME |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant | |

Based upon the agreed motion by Defendant, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including **January 25, 2010** to file a response to Plaintiff's Opening Brief. Plaintiff shall have to and including **February 4, 2010** to file an optional Reply Brief. Oral argument shall be requested by **February 11, 2010**.

DATED this 21st day of December 2009.

J. Richard Creatura
United States Magistrate Judge

Page 1      ORDER - [3:09-cv-5491-JRC]