UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER BALDERREE,

          Plaintiff,

    v.

MICHAEL ASTRUE, Commissioner of Social Security,

          Defendant.

CASE NO. C09-5491JRC

ORDER

      After reviewing the agreed motion to remand the matter to the administration (Doc. 18), it is hereby ORDERED that the Commissioner's final decision be reversed and remanded for a de novo hearing pursuant to sentence four of 42 U.S.C. § 405(g).

      On remand, a different Administrative Law Judge (ALJ) shall hold a de novo hearing. The ALJ shall re-assess all of the medical evidence of record, including but not limited to the opinions of Richard K. Green. The ALJ shall also re-assess the lay witness statements of record, the claimant's visual impairment, and the claimant's residual functional capacity. Finally, if necessary, the ALJ shall obtain additional vocational expert testimony to ascertain whether there were any occupations, representing a significant number of jobs in the national economy, that

Plaintiff could have performed on or before March 31, 2006, the date his insured status expired for disability insurance benefits.

Dated this 22nd day of January, 2010.

J. Richard Creatura
United States Magistrate Judge