# United States District Court

WESTERN DISTRICT OF WASHINGTON

CHRISTOPHER BALDERREE,

      Plaintiff,

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER:  C09-5491JRC

___ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

√ **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

the Commissioner's final decision be REVERSED and REMANDED for a de novo hearing pursuant to sentence four of 42 U.S.C. § 405(g).

January 27, 2010
Date

BRUCE RIFKIN
District Court Executive

*s/Kelly A Miller*
By Kelly A Miller, Deputy Clerk