UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER BALDERREE,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

CASE NO. C09-5491JRC

ORDER GRANTING MOTION FOR ATTORNEY'S FEES AND EXPENSES

    This matter comes before the court on a stipulated motion for attorney's fees and other expenses under the Equal Access to Justice Act (Doc. 21).

    Based on the stipulation of the parties it is hereby ORDERED, that attorney fees in the amount of $3,708.94, expenses in the amount of $58.16, for a total of $3,767.10, shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, and that costs in the amount of $368.00 should be awarded to Plaintiff pursuant to 28 U.S.C. § 1920. The check(s) shall be mailed to Plaintiff's attorney's office: Teal M. Parham, 910 12th Avenue - PO Box 757, Longview, WA 98632.

    Dated this 11th day of May, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1